**Raymond DISHMAN et al., Appellants,**

**v.**

**The STATE of Texas, Appellee.**

**No. 41896.**

Court of Criminal Appeals of Texas.

March 19, 1969.

———◆———

No attorney on appeal for appellants.

Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

WOODLEY, Presiding Judge.

M. L. Isaacs and Ike Isaacs, sureties on the bail bond of Raymond Lee Dishman, in the sum of $1500.00, appeal from the judgment making final the judgment nisi forfeiting said bail bond.

Appellants have filed no brief, as required by Rule 414, Texas Rules of Civil Procedure, and no good cause has been shown for such failure. (R.C.P. 415)

The appeal is dismissed.